PROB 12C
(6/16)

Report Date: July 12, 2017

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nehemiah W. Fowlkes         Case Number: 0980 2:08CR00096-RHW-1

Address of Offender:                          Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: December 11, 2008

Original Offense:    Distribution of 5 Grams or More of a Mixture or Substance Containing Cocaine Base, in the form of Crack Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(iii)

Original Sentence:   Prison 100 months;            Type of Supervision: Supervised Release
                     TSR - 48 months

Asst. U.S. Attorney: U.S. Attorneys Office       Date Supervision Commenced: November 20, 2013

Defense Attorney:    Federal Defenders Office    Date Supervision Expires: November 19, 2017

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

                    **Supporting Evidence**: On September 19, 2013, Nehemiah Fowlkes was informed of his conditions of supervised release. Specifically, that he was not to commit another Federal, state, or local crime. He acknowledged that he understood his conditions of supervision, and signed them indicating so.

                    On July 4, 2017, at 9:45 PM, Spokane police were called to the Red Lion Hotel in reference to a report of domestic violence. Upon arrival, officers interviewed a witness who reported she had observed Nehemiah Fowlkes punch the victim in the face.  As the witness went to check on the victim, Mr. Fowlkes and group of individuals who appeared to be with Fowlkes picked up the victim and carried her into an unknown room. When officers interviewed the victim, she admitted to being struck by Mr. Fowlkes with his forearm.

                    On July 12, 2017, Mr. Fowlkes was arrested by Spokane police for domestic violence/city assault. At the time of this report, charges have not yet been filed by the prosecutor's office.

Prob12C
**Re: Fowlkes, Nehemiah W**
**July 12, 2017**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/12/2017

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

July 12, 2017
Date